IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA THOMAS,

    Plaintiff,

v.                                      CASE NO.: 8:14-cv-159-T-17TBM

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to NCO Financial Systems, Inc. Each party is to bear its own fees and costs.

Date: August 25, 2014

| | |
|---|---|
| /s/ Michael Vitoria | /s/ Dayle M. Van Hoose |
| Michael Vitoria, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No.: 0135534 | Florida Bar No.: 0016277 |
| Morgan & Morgan, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 201 North Franklin St., 7th Floor | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Telephone: (813) 223-5505 | Telephone: (813) 890-2463 |
| Facsimile: (813) 222-4764 | Facsimile: (866) 466-3140 |
| mvitoria@ForThePeople.com | dvanhoose@sessions-law.biz |
| | |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Lisa Thomas | NCO Financial Systems, Inc. |